IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONY HOGAN and CASSANDRA HOGAN,
Individually and on behalf of all others similarly situated                              PLAINTIFFS

v.                              Case No. 6:20-cv-06130

HOT SPRINGS NURSING AND REHABILITATION –
A WATERS COMMUNITY, LLC                                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 15, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 97). Judge Bryant recommends that the parties' settlement of $22,500 for damages to Plaintiffs be approved as set out in the settlement agreement and that this case be dismissed with prejudice. Judge Bryant further recommends, to the extent necessary, that the parties' agreement regarding a $17,500 attorneys' fee be approved.

Upon review, the Court finds that the report (ECF No. 97) is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that the parties' joint motion to approve settlement agreement and dismiss this case (ECF No. 91) is **GRANTED**.

The settlement between the parties (ECF No. 92-1) (to include the agreement on attorneys' fees, to the extent approval is required) is APPROVED.

All other pending motions are DENIED AS MOOT.

And this case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** this 14th day of December 2022.

.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1